AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:10-CR-406 |
| MARIA CHRISTINA ULLINGS, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Maria Christina Ullings

Date:     01/08/2020

*Attorney's signature*

Daniel P. Griffin, 310760
*Printed name and bar number*

Miller & Martin PLLC
1180 West Peachtree St., N.W.
Suite 2100
Atlanta, GA 30309-3407
*Address*

danny.griffin@millermartin.com
*E-mail address*

(404) 962-6154
*Telephone number*

(404) 962-6364
*FAX number*