AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:10-CR-406 |
| MARIA CHRISTINA ULLINGS, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Maria Christina Ullings                                                                                                          .

Date:   01/08/2020

*Attorney's signature*

Lynsey M. Barron, 661005
*Printed name and bar number*

Miller & Martin PLLC
1180 West Peachtree St., N.W.
Suite 2100
Atlanta, GA 30309-3407
*Address*

lynsey.barron@millermartin.com
*E-mail address*

(404) 962-6413
*Telephone number*

(404) 962-6349
*FAX number*