FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 13 2020

JAMES N. HATTEN, Clerk
By: [signature]  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA CHRISTINA ULLINGS | Criminal Action No.<br>1:10-CR-406 |

### Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Jeffrey Brown, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    A serious risk that the defendant will flee.

2. **Reason for Detention**

    The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required.

3. **Time for Detention Hearing**

    The United States requests the Court conduct the detention hearing after continuance of 2 days.

    The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: January 13, 2020.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6000

BYUNG J. PAK
United States Attorney

JEFFREY BROWN
Assistant United States Attorney
Ga. Bar No. 088131

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Jodi Avergun

January 13, 2020

/s/Jeffrey Brown
Jeffrey Brown
Assistant United States Attorney